# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS, Petitioner

v.

PETER D. KEISLER, Acting Attorney General

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1608

\___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 xx   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Petitioner's habeas corpus petition is DISMISSED with prejudice.

December 21, 2007

BRUCE RIFKIN
Clerk

_/s Mary Duett_____
By, Deputy Clerk